

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00307-CR

Jerry **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 17-01-0032-CRA
Honorable Stella Saxon, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 18, 2018.

_____
Luz Elena D. Chapa, Justice